

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00003-CV

## IN RE JASON HEUER AND CLORISSA HEUER

### Original Proceeding

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2020-3858-3**

## MEMORANDUM OPINION

Jason Heuer's and Clorissa Heuer's "Petition for Writ of Mandamus" is denied.

The Heuers' "Emergency Motion for Stay Pending Mandamus" and "First Supplemental

Emergency Motion for Stay Pending Mandamus" are dismissed as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition denied
Opinion delivered and filed January 21, 2022
[OT06]

